# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

### CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☑ Debtor
      ☐ Attorney [If Applicable:] Name: _____
      ☐ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:   ☐ Husband <u>and</u> Wife
                     ☐ Husband <u>Only</u>
                     ☐ Wife <u>Only</u>

*[If applicable]* Case Name: Orlando Webster
*[If applicable]* Case No./Adversary Proceeding No.: 11-16941
*[If applicable]* Creditor Name: _____

☑ Street Address    ☐ Mailing Address
New Address: 705 Parkview Drive
            No. and Street, Apt., P. O. Box or R. D. No.

City: Atlanta           State: TX    Zip: 75551

☑ Street Address    ☐ Mailing Address
Old Address: 268 Rumbling Rock Road
            No. and Street, Apt., P. O. Box or R. D. No.

City: Hedgesville       State: WV    Zip: 25427

Telephone Number: (    ) _____
**Please include area code**

/s/Philip R. Boardman
Signature of Filer [*check filer type below*]:
☑ Attorney for Debtor
☐ Debtor *[If joint case and address is for <u>husband and wife</u>, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: 10/8/2014
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 02/08]